UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

DANIEL E. QUINN  
SANDRA L. QUINN

Case No. 10-06609-BKC-3G7

_____ Debtor(s). _____

### TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, 135 West Central Blvd., #620 Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The trustee gives notice that he intends to sell the following property of the bankruptcy estate: 1997 Toyota Corolla, VIN - 1NXBB02E4VZ609230, and 2003 Ford F-150, VIN - 1FTRW08L93KC56103, for the sum of $4,200.00, which has now been paid in full to the trustee. The sale is as is with all faults. There are no warranties, either express or implied. The sales price is related to the values on the schedules less available exemptions. The property is not subject to a lien. The purchasers are the debtors. There are no negative tax consequences. The trustee believes that selling to the debtors will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated October 20, 2011.

GREGORY K. CREWS, Trustee  
8584 Arlington Expressway  
Jacksonville, Florida 32211  
(904) 354-1750  
Florida Bar No. 172772

Mailed to creditors and parties in interest on October 20, 2011.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**DANIEL E. QUINN**　　　　　　　　　　Case No. **10-06609-BKC-3G7**
**SANDRA L. QUINN**

　　　　　　　**Debtor(s).**

### CERTIFICATE OF SERVICE OF TRUSTEE'S
### NOTICE OF INTENT TO SELL AT PRIVATE SALE

I certify that on October 20, 2011, a copy of Trustee's Notice of Intent to Sell at Private was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　Gregory K. Crews, Trustee
　　　　　　　　　　　　　　　　　　　8584 Arlington Expressway
　　　　　　　　　　　　　　　　　　　Jacksonville, Florida 32211
　　　　　　　　　　　　　　　　　　　(904) 354-1750

```
Label Matrix for local noticing          A.R.M.                                  (p)AMERICAN HONDA FINANCE
113A-3                                   PO Box 277690                           P O BOX 168088
Case 3:10-bk-06609-PMG                   Miramar, FL 33027-7690                  IRVING TX 75016-8088
Middle District of Florida
Jacksonville
Thu Oct 20 11:52:00 EDT 2011

American Signature Furniture             Americredit                             Ar Resources Inc
4590 E Broad St                          Po Box 181145                           1777 Sentry Pkwy W
Columbus, OH 43213-1301                  Arlington, TX 76096-1145                Blue Bell, PA 19422-2207


Ar Resources Inc                         Bank Of America                         Bank Of America
ATTN: BANKRUPTCY                         4161 Piedmont Pkwy                      ATTN: BANKRUPTCY NC4-105-02-99
Po Box 1056                              Greensboro, NC 27410-8119               Po Box 26012
Blue Bell, PA 19422-0287                                                         Greensboro, NC 27420-6012


Bank Of America                          Bank Of America                         Bank Of America
ATTN: BANKRUPTCY NC4-105-03-14           Po Box 1598                             Po Box 45144
Po Box 26012                             Norfolk, VA 23501-1598                  Jacksonville, FL 32232-5144
Greensboro, NC 27420-6012


Baptist Medical Center                   (p)BAPTIST PRIMARY CARE INC             Beneficial/hfc
PO Box 45094                             P O BOX 44004                           ATTN: BANKRUPTCY
Jacksonville, FL 32232-5094              JACKSONVILLE FL 32231-4004              Po Box 5263
                                                                                 Carol Stream, IL 60197-5263


Beneficial/hfc                           Cap One                                 (p)CAPITAL ONE
Po Box 3425                              C/O AMERICAN INFOSOURCE                 PO BOX 30285
Buffalo, NY 14240-3425                   Po Box 54529                            SALT LAKE CITY UT 84130-0285
                                         Oklahoma City, OK 73154-1529


Chase                                    Chase                                   Chase
324 W Evans St                           9451 Corbin Avenue                      P.o. Box 15298
Florence, SC 29501-3430                  Northridge, CA 91324-1665               Wilmington, DE 19850-5298


Chase Bank USA, N.A.                     Citi Cbsd                               Citi Cbsd
PO Box 15145                             4500 New Linden Hill Rd                 CITIFINANCIAL/ATTN: BANKRUPTCY DEPT
Wilmington, DE 19850-5145                Wilmington, DE 19808-2922               1111 Northpoint Dr
                                                                                 Coppell, TX 75019-3831


Keith D. Collier                         Compass Bank Visa                       Gregory K Crews
Law Offices of Keith D. Collier (Jax)    1111 Beltline Rd                        8584 Arlington Expressway
2350 Park Street                         Decatur, AL 35601-6556                  Jacksonville, FL 32211-8003
Jacksonville, FL 32204-4318


Eastern Financial Fl C                   Florida Dept of Labor and Security      Florida Dept of Revenue
1805 Flag Street                         Hartman Building, Suite 307             P.O. Box 6668
Jacksonville, FL 32209-5882              2012 Capital Circle, Southeast          Tallahassee, FL 32314-6668
                                         Tallahassee, FL 32399-6583
```

GE Money Bank
c/o Recovery Management Systems Corporat
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

Gemb/Jc Penney
ATTENTION: BANKRUPTCY
Po Box 103104
Roswell, GA 30076-9104

Gemb/Jc Penney
Po Box 984100
El Paso, TX 79998-4100

Gemb/ge Money Bank Low
ATTENTION: BANKRUPTCY DEPARTMENT
Po Box 103104
Roswell, GA 30076-9104

Gemb/ge Money Bank Lowes
Po Box 981400
El Paso, TX 79998-1400

Gemb/kirklands
Po Box 981400
El Paso, TX 79998-1400

Gemb/tire Kingdom
ATTENTION: BANKRUPTCY
Po Box 103106
Roswell, GA 30076-9106

Gemb/tire Kingdom
Po Box 981439
El Paso, TX 79998-1439

Gemblowbrc
ATTENTION: BANKRUPTCY DEPARTMENT
Po Box 103104
Roswell, GA 30076-9104

Gemblowbrc
Po Box 981400
El Paso, TX 79998-1400

Gtwy/cbsd
ATTN: CENTRALIZED BANKRUPTCY
Po Box 20507
Kansas City, MO 64195-0507

Gtwy/cbsd
Po Box 6497
Sioux Falls, SD 57117-6497

Hlzg/cbusa
Pob 5002
Sioux Falls, SD 57117-5002

Hsbc/bstby
ATTN: BANKRUPTCY
Po Box 5263
Carol Stream, IL 60197-5263

Hsbc/bstby
Pob 15521
Wilmington, DE 19850-5521

Hsbc/rs
90 Christiana Rd
New Castle, DE 19720-3118

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Irwin Mortgage Corp
11800 Exit 5 Pkwy
Fishers, IN 46037-7988

Irwin Mortgage Corp
ATTN: BANKRUPTCY DEPARTMENT
Po Box 8068
Virginia Beach, VA 23450-8068

Jacksonville Center For Endoscopy
PO Box 917249
Orlando, FL 32891-0001

Marks And Morgan
375 Ghent Rd
Akron, OH 44333-4601

ORANGE PARK MEDICAL CENTER
c/o B-Line, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

PYOD LLC its successors and assigns as assig
Citibank, NA
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Daniel E Quinn
5827 Birds Nest Lane
Jacksonville, FL 32222-2314

Sandra L Quinn
5827 Birds Nest Lane
Jacksonville, FL 32222-2314

Radio/cbsd
ATTN.: CENTRALIZED BANKRUPTCY
Po Box 20363
Kansas City, MO 64195-0363

Radio/cbsd
Po Box 6497
Sioux Falls, SD 57117-6497

Regions Bank
720 North 39th Str
Birmingham, AL 35222-1112

Sears/cbsd
8725 W Sahara Ave
The Lakes, NV 89163-0001

Sears/cbsd
SEARS BK RECOVERY
Po Box 20363
Kansas City, MO 64195-0363

| | | |
|---|---|---|
| Suntrust Bk Central Fl<br>200 S. Orange Avenue<br>Orlando, FL 32801-3410 | Taylor, Bean And Whitake<br>1417 N Magnolia Avenue<br>Ocala, FL 34475-9078 | Taylor, Bean And Whitake<br>ATTN: BANKRUPTCY<br>1417 N Magnolia Ave<br>Ocala, FL 34475-9078 |
| Thd/cbsd<br>ATTN.: CENTRALIZED BANKRUPTCY<br>Po Box 20363<br>Kansas City, MO 64195-0363 | The Home Depot/cbsd<br>ATTN.: CENTRALIZED BANKRUPTCY<br>Po Box 20363<br>Kansas City, MO 64195-0363 | The Home Depot/cbsd<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Thrasher & Heckman, P.A.<br>908 North Gadsden Street<br>Tallahassee, FL 32303-6311 | United States Trustee - JAX 7<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 | VyStar Credit Union<br>P. O. Box 41145<br>Jacksonville, FL 32203-1145 |
| (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 | Web Bank/dfs<br>12234 N Ih 35 Sb Bldg B<br>Austin, TX 78753-1705 | Web Bank/dfs<br>ATTN: BANKRUPTCY DEPT.<br>Po Box 81577<br>Austin, TX 78708-1577 |
| Wells Fargo Hm Mortgag<br>Po Box 10335<br>Des Moines, IA 50306-0335 | Wff Cards<br>3201 N 4th Ave<br>Sioux Falls, SD 57104-0700 | Wff Cards<br>WELLS FARGO FINANCIAL<br>4137 121st St<br>Urbendale, IA 50323-2310 |
| Wffinancial<br>800 Walnut St<br>Des Moines, IA 50309-3504 | Wfnnb/victorias Secret<br>Po Box 182124<br>Columbus, OH 43218-2124 | Wfnnb/victorias Secret<br>Po Box 182128<br>Columbus, OH 43218-2128 |
| Wolfson Childrens Hospital<br>800 Prudential Drive<br>Jacksonville, FL 32207-8211 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>1220 Old Alpharetta Road<br>Alpharetta, GA 30005 | Baptist Primary Care Inc<br>PO Box 31674<br>Tampa, FL 33631 | Capital One Bank<br>PO Box 85520<br>Richmond, VA 23285 |
| Vystar Credit Union<br>4441 Wesconnett Blvd<br>Jacksonville, FL 32210 | (d)Vystar Credit Union<br>4441 Wesconnett Bv<br>Jacksonville, FL 32210 | (d)Vystar Credit Union<br>ATTN: BANKRUPTCY<br>Po Box 45085<br>Jacksonville, FL 32232 |

(d) Vystar Credit Union
Po Box 45085
Jacksonville, FL 32232

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d) Gregory K. Crews | (u) Paul M. Glenn | End of Label Matrix |
| 8584 Arlington Expressway | Jacksonville | Mailable recipients 78 |
| Jacksonville, FL 32211-8003 | | Bypassed recipients 2 |
| | | Total 80 |